UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REGINALD BELL, SR., <br><br> Petitioner, <br><br> v. <br><br> ATTORNEY GENERAL OF THE STATE OF WASHINGTON, <br><br> Respondent. | No. C12-5215 RBL/KLS <br><br> ORDER DIRECTING SUBSTITUTION OF PARTY |

Mr. Bell has filed a proposed petition for writ of habeas corpus naming the Attorney General of the State of Washington as Respondent. ECF No. 1-1. The proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). According to his petition, Mr. Bell is currently confined at the Coyote Ridge Corrections Center. The Superintendent of the Coyote Ridge Corrections Center is Jeffrey Uttecht.

Accordingly, the Clerk of Court is directed to substitute Jeffrey Uttecht as the Respondent in this action.

**DATED** this  26th  day of March, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1