UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

REGINALD BELL, SR.,

                Petitioner,

  v.

JEFFREY UTTECHT,

                Respondent.

No. C12-5215 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Grounds One, Three, and Five are **denied on the merits and dismissed with prejudice.**

    (3)    This matter is **re-referred** to Hon. Karen L. Strombom so that the parties may brief Grounds Two and Four on the merits.

    (4)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

**DATED** this 27th day of September, 2012.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1