UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REGINALD BELL, SR., <br><br>  Petitioner, <br><br> v. <br><br> JEFFREY UTTECHT, <br><br> Respondent. | No. C12-5215 RBL/KLS <br><br> ORDER FOR ADDITIONAL BRIEFING |

Pursuant to the District Court's Order, Grounds One, Three, and Five of Petitioner's habeas corpus petition have been denied on the merits and dismissed with prejudice. ECF No. 29. Grounds Two and Four have been re-referred to the undersigned so that the parties may brief these grounds on the merits. Accordingly, it is **ORDERED**:

1. Respondent shall file and serve his brief on Petitioner's Grounds Two and Four **on or before November 2, 2012.**

2. Upon receipt of Respondent's brief, the Clerk will note the matter for consideration on the fourth Friday after the brief is filed. Petitioner may file and serve a response to Respondent's brief not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and Respondent may file and serve a reply brief not later than the Friday designated for consideration of the matter.

**DATED** this  1st  day of October, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1