UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REGINALD BELL, SR., <br><br> Petitioner, <br><br> v. <br><br> JEFFREY UTTECHT, <br><br> Respondent. | No. C12-5215 RBL/KLS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)   The Court adopts the Report and Recommendation.

(2)   Grounds Two and Four are **denied on the merits and dismissed with prejudice.**

(3)   The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

**DATED** this 10th day of April, 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1